UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY D' AUGUSTA,
et al.,

        Plaintiff(s),

        v.

NORTHWEST AIRLINES CORP.,
and DELTA AIRLINES INC. ,

        Defendant(s).
_____/

Case No. C 08-3007    VRW

CLERK'S NOTICE

    This action having been reassigned to the Honorable Vaughn R Walker;

YOU ARE HEREBY NOTIFIED THAT Initial Case Management Conference has been scheduled in this case for  **October 2, 2008 at  3:30 p.m.** before Judge Walker. The parties are directed to file a Joint Case Management Statement  one week prior to the conference. .

Copies of the Local Rules, Standing Orders, the Court's  weekly calendar and available motion hearing dates  may be downloaded from the district courts Internet site:

http://www.cand.uscourts.gov . A link to the  page may be found on the Court's home page.

Please report to Courtroom  no. 6, 17th floor, United  States  District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated : July 2, 2008

        By: *Cora Klein*

        Cora Klein, Courtroom Deputy Clerk

**Plaintiff  is required to serve this notice, and file proof of service with the Court, on any party in this action  not appearing on the court's ecf  electronic notification and/or certificate of  service.**

attachments         1