Joseph M. Alioto (No. 42680)
Theresa D. Moore (No. 99978)
Joseph M. Alioto, Jr. (No. 215544)
Thomas P. Pier (No. 235740)
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
E-mail: esexton@aliotolaw.com

Daniel R. Shulman (MN No. 100651)
GRAY, PLANT, MOOTY, MOOTY & BENNETT
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4335
E-mail: daniel.shulman@gpmlaw.com

James M. Dombroski (No. 56898)
LAW OFFICES OF JAMES M. DOMBROSKI
P.O. Box 751027
Petaluma, CA 94975-1027
Telephone: (707) 762-7807
Facsimile: (707) 769-0419
E-mail: jdomski@aol.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY D'AUGUSTA et al.<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST AIRLINES CORPORATION and DELTA AIR LINES INC.,<br><br>Defendants. | CASE NO: CV 08-3007 VRW<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME; DECLARATION OF THOMAS PAUL PIER**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Judge: Hon. Vaughn R. Walker<br>Courtroom 6 |

TO: THIS HONORABLE COURT AND DEFENDANTS ABOVE NAMED:

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

This ex parte application for an order shortening time is made pursuant to Local Civil Rules 7-2(a) and 7-10 that allow the assigned Judge to set the time for the hearing of motions. Plaintiffs move ex parte for an order shortening time to hear their Motion To Set Hearing Date to Establish Briefing Schedule and Hearing Date for Plaintiffs' Motion for Preliminary Injunction. Plaintiffs request that the Court schedule the hearing on the Court's Law and Motion Calendar at a time as soon as is convenient to the Court.

Plaintiffs move for an ex parte order shortening time for the following reasons:

1. This action is brought under the United States antitrust laws against defendant airlines, seeking temporary and permanent injunctive relief from the proposed merger of the two companies. As appears more fully in the Motion To Set Hearing Date to Establish Briefing Schedule and Hearing Date for Plaintiffs' Motion for Preliminary Injunction, defendants are moving rapidly to consummate their proposed merger within the next six months. The merger of the two defendant airlines is already lessening competition, causing plaintiffs harm in the form of lowered flight capacity, increased fees, and increased prices.

2. If the regular schedule for motions is followed, it may be months before plaintiffs' motion for preliminary injunction may be heard. By that time, it is likely that much of the integration of the two airlines will be complete.

Counsel for defendants has yet to appear; accordingly, plaintiffs have been unable to communicate with them for the purpose of obtaining their stipulation to plaintiffs' motion. Plaintiffs have notified defendants of this application and the related motion by service of process on their local agent.

This ex parte application is based on this application and the supporting Declaration of Thomas Paul Pier, the Motion To Set Hearing Date to Establish Briefing Schedule and Hearing Date for Plaintiffs' Motion for Preliminary Injunction, and on the papers, pleadings and records on file herein and on such other further matters as may be offered.

A proposed Order is submitted herewith.

Dated: July 14, 2008

                                            Respectfully submitted,

                                            ALIOTO LAW FIRM
                                            GRAY PLANT MOOTY MOOTY & BENNETT, P.A.

                                            By:_____
                                            Thomas Paul Pier
                                            ALIOTO LAW FIRM
                                            555 California Street, 31st Floor
                                            San Francisco, CA 94104
                                            Telephone: (415) 434-8900
                                            Facsimile: (415) 434-9200
                                            E-mail: esexton@aliotolaw.com

## DECLARATION OF THOMAS PAUL PIER IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME

I, Thomas Paul Pier, declare as follows:

1. The detailed reasons for the request to shorten time are set forth in detail in Plaintiffs' Motion to Set Hearing Date to Establish Briefing Schedule and Hearing for Plaintiffs' Motion for Preliminary Injunction and will only be summarized briefly here. The matters stated herein are based on my personal knowledge and I am competent to testify thereto.

2. In April 2008 defendants Northwest and Delta announced their intention to combine their two airlines by the end of 2008, a mere six months from now. Defendants have moved rapidly to meet this goal, recently establishing some 25 "integration teams" to speed the combination. Additionally, defendants have expressed their hope that the Department of Justice will issue its decision before the new administration takes over in January 2009. Finally, the cooperation of the two airlines' pilot unions- once thought to be a major impediment to a rapid closure of the deal- has all but disappeared.

3. The anticipated merger of the two airlines has already reduced competition in the marketplace, resulting in higher airfares, reduced capacity, and increased fees.

4. If the regular schedule for motions is followed, it may be months before plaintiffs' motion for preliminary injunction may be heard. By that time, it is likely that much of the integration of the two airlines will be complete, causing further harm to plaintiffs.

5. As of the filing date of this motion, defendants have not made an appearance of counsel and plaintiffs are thus unable to obtain their stipulation to the motion to shorten time.

6. The Motion for which plaintiffs request a shortening of time asks this Court to set a hearing at the nearest time that is convenient to the Court for the purpose of setting a briefing schedule and hearing date for plaintiffs' motion for preliminary injunction.

7 There have been no previous time modifications in this case.

8. The requested time modification would have the effect of accelerating the schedule such that plaintiffs may present their case prior to the time that much of the defendants' merger is completed.

1  I declare, under penalty of perjury and the laws of the State of California, that the
2  foregoing is true and correct.
3
4  Executed this 14th day of July 2008, at San Francisco, California.
5
6
7  *[signature]*
   Thomas Paul Pier
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

*Plaintiffs' Ex Parte Application for an Order Shortening time; Declaration of Thomas Paul Pier*

```
 1  Joseph M. Alioto (No. 42680)
    Theresa D. Moore (No. 99978)
 2  Joseph M. Alioto, Jr. (No. 215544)
    Thomas P. Pier (No. 235740)
 3  ALIOTO LAW FIRM
    555 California Street, 31st Floor
 4  San Francisco, CA  94104
    Telephone:  (415) 434-8900
 5  Facsimile:   (415) 434-9200
    E-mail:  esexton@aliotolaw.com
 6
    Daniel R. Shulman (MN No. 100651)
 7  GRAY, PLANT, MOOTY, MOOTY & BENNETT
    500 IDS Center
 8  80 South 8th Street
    Minneapolis, MN 55402
 9  Telephone:  (612) 632-3000
    Facsimile:    (612) 632-4335
10  E-mail: daniel.shulman@gpmlaw.com

11
    James M. Dombroski (No. 56898)
12  LAW OFFICES OF JAMES M. DOMBROSKI
    P.O. Box 751027
13  Petaluma, CA  94975-1027
    Telephone:  (707) 762-7807
14  Facsimile:  (707) 769-0419
    E-mail:  jdomski@aol.com
15
    *Attorneys for Plaintiffs*
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSEMARY D'AUGUSTA et al.<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST AIRLINES CORPORATION and DELTA AIR LINES INC.,<br><br>Defendants. | CASE NO:  CV 08-3007 VRW<br><br>**[PROPOSED] ORDER SHORTENING TIME**<br><br>Date:  To Be Determined<br>Time:  To Be Determined<br>Judge:  Hon. Vaughn R. Walker<br>Courtroom 6 |
|---|---|

Plaintiffs above named, having moved ex parte for an order shortening time to hear

Plaintiffs' Motion To Set Hearing Date to Establish Briefing Schedule and Hearing Date for

1

Plaintiffs' Motion for Preliminary Injunction; the ex parte application to shorten time having been considered by the Court; and the Court being of the opinion that the ex parte application should be granted,

IT IS HEREBY ORDERED that the plaintiffs' ex parte application is granted and the above referenced motion shall be heard by this Court at ___.m. on _____, 2008; that defendants' opposition, if any, shall be filed and served by _____; and that the reply, if any, shall be filed and served by _____.

Dated: July ____, 2008

                                                    _____
Vaughn R. Walker
United States District Chief Judge