| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JOSEPH M. ALIOTO<br>LAW OFFICES OF<br>JOSEPH M. ALIOTO - SBN # 42680<br>555 CALIFORNIA STREET, 31ST FLOOR<br>SAN FRANCISCO, CA 94104 | (415) 434-8900<br><br>REFERENCE NUMBER<br>0S354676-01 | |
| ATTORNEY FOR (NAME) | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
ROSEMARY D'AUGUSTA, ET AL vs. NORTHWEST AIRLINES, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV083007JL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL ACTION; ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES; NOTICES; STANDING ORDER FOR ALL JUDGES OF
THE NORTHERN DISTRICT OF CALIFORNIA; COMPLAINT; ECF REGISTRATION
INFORMATION HANDOUT

**Name:** DELTA AIRLINES, INC.

**Person Served:** BECKY DEGEORGE
**Title:** AGENT/CSC LAWYERS, INC.

**Date of Delivery:** 06/25/08
**Time of Delivery:** 11:35 am

**Place of Service:** 2730 GATEWAY OAKS DR. STE 100
SACRAMENTO, CA 95833          (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:** $ 95.38

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SACRAMENTO County,
Number: 2006-72

Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396
30B/0S354676-01

Client File # D'AUGUSTA ET AL V. NORTHWEST

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: July 8, 2008
at: SACRAMENTO, California.

Name: TERRY ROOT
Title: REGISTERED PROCESS SERVER

PROOF OF SERVICE