| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JOSEPH M. ALIOTO<br>LAW OFFICES OF<br>JOSEPH M. ALIOTO - SBN # 42680<br>555 CALIFORNIA STREET, 31ST FLOOR<br>SAN FRANCISCO, CA 94104 | (415) 434-8900<br><br>REFERENCE NUMBER<br>000J7556-01 | |
| ATTORNEY FOR (NAME) | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
ROSEMARY D'AUGUSTA, ET AL vs. NORTHWEST AIRLINES, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV083007JL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL ACTION; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; COMPLAINT; EFC REGISTRATION INFORMATION HANDOUT

**Name:** NORTHWEST AIRLINES CORPORATION

**Person Served:** MARGARET WILSON-CT CORPORATION
**Title:** AGENT FOR SERVICE

**Date of Delivery:** 06/25/08
**Time of Delivery:** 09:02 am

**Place of Service:** 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017        (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: LOS ANGELES County,
Number: 3929

Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396
30B/000J7556-01

Client File # D'AUGUSTA V. NORTHWEST ET AL

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: July 1, 2008
at: VALLEY VILLAGE, California.

Signature
Name: BENON BEMIRCHYAN
Title: REGISTERED CALIFORNIA PROCESS SERVER