1  MICHAEL F. TUBACH (S.B. #145955) mtubach@omm.com
   RYAN J. PADDEN (S.B. #204515) rpadden@omm.com
2  O'MELVENY & MYERS LLP
   275 Battery Street, 26th Floor
3  San Francisco, CA 94111
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701

5  HENRY C. THUMANN (S.B. #031519) hthumann@omm.com
   RICHARD G. PARKER (S.B. #062356)  rparker@omm.com
6  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
7  Washington, D.C.  20006-4001
   Telephone:   (202) 383-5300
8  Facsimile:   (202) 383-5414

9
   Attorneys for Defendant
10
   NORTHWEST AIRLINES CORPORATION

11
## UNITED STATES DISTRICT COURT
12
## NORTHERN DISTRICT OF CALIFORNIA
13

14

| | |
|---|---|
| 15  **ROSEMARY D'AUGUSTA, CAROLYN FJORD; SHARON HOLMES; DEBORAH M. and STEVEN J. PULFER; JOHN LOVELL; GABE GARAVANIAN; JOSE M. BRITO; SONDRA K. RUSSELL; ANNETTE M. TIPPETTS; SHERRY LYNNE STEWART; ROBERT A. ROSENTHAL; LEE B. and LISA R. MCCARTHY; JUNE STANSBURY; KEITH DEAN BRADT; DONALD and DONNA FRY; GARY TALEWSKY; DIANA LYNN ULTICAN; PATRICIA A. MEEUWSEN; ROBERT D. CONWAY; MICHAEL C. MALANEY; Y. JOCELYN GARDNER; CLYDE D. STENSRUD; DONNA M. JOHNSON; VALARIE JOLLY; and PAMELA S. WARD**, | Case No.  3:08-CV-3007-VRW  **DEFENDANT NORTHWEST AIRLINES CORPORATION'S DISCLOSURE STATEMENT UNDER F.R.C.P. RULE 7.1 AND CERTIFICATION UNDER N.D.CAL. CIVIL LOCAL RULE 3-16**  The Honorable Vaughn R. Walker |
| Plaintiff, | |
| v. | |
| **NORTHWEST AIRLINES CORPORATION and DELTA AIRLINES, INC.**, | |
| Defendant. | |

1
2
3   Defendant NORTHWEST AIRLINES CORPORATION ("NWA") hereby files
4   this combined Disclosure Statement, pursuant to Fed. R. Civ. P. Rule 7.1, and
5   Certification of Non-Party Interested Entities or Persons, pursuant to Northern District of
6   California Civil Local Rule 3-16.  NWA certifies and discloses as of this date in the
7   above-captioned cases as follows:
8   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, I, the undersigned,
9   counsel of record for defendant Northwest Airlines Corporation, certify that to the best of
10  my knowledge and belief Northwest Airlines Corporation does not have any parent
11  corporation and no publicly held corporation owns 10% or more of Northwest Airlines
12  Corporation's stock.
13  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for defendant
14  NWA, certifies that as of this date, other than the named parties, there are no persons,
15  associations of persons, firms, partnerships, corporations (including parent corporations)
16  or other entities that (i) have a financial interest in the subject matter in controversy or in a
17  party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
18  party that could be substantially affected by the outcome of this proceeding.
19  These representations are made to enable the Court to evaluate possible
20  disqualification or recusal.
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: July 15, 2008 | MICHAEL F. TUBACH<br>O'MELVENY & MYERS LLP |

By: */s/ Michael F. Tubach*

MICHAEL F. TUBACH
RYAN J. PADDEN
O'MELVENY & MYERS LLP
275 Battery Street, 26th Floor
San Francisco, CA 94111-3305
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

HENRY C. THUMANN
RICHARD G. PARKER
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:     (202) 383-5300
Facsimile:      (202) 383-5414

Attorneys for Defendant
NORTHWEST AIRLINES
CORPORATION