IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY D'AUGUSTA, et al           No    C 08-3007 VRW

    Plaintiffs,                                  ORDER

    v

NORTHWEST AIRLINES CORPORATION
and DELTA AIRLINES, INC,

    Defendants.
_____/

    On July 14, 2008, plaintiffs filed an ex parte application for an order shortening time and a motion to set hearing date to establish briefing schedule and hearing date for plaintiffs' motion for preliminary injunction.  Doc ##7, 8. Plaintiffs have not filed proof that the application and motion and supporting documents were served on the defendants.  The court will consider the plaintiffs' application and motion when they do so.

    IT IS SO ORDERED.



    VAUGHN R WALKER
    United States District Chief Judge