Joseph M. Alioto (No. 42680)
Theresa D. Moore (No. 99978)
Joseph M. Alioto, Jr. (No. 215544)
Thomas P. Pier (No. 235740)
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
E-mail: esexton@aliotolaw.com

Daniel R. Shulman (MN No. 100651)
GRAY, PLANT, MOOTY, MOOTY & BENNETT
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4335
E-mail: daniel.shulman@gpmlaw.com

James M. Dombroski (No. 56898)
LAW OFFICES OF JAMES M. DOMBROSKI
P.O. Box 751027
Petaluma, CA 94975-1027
Telephone: (707) 762-7807
Facsimile: (707) 769-0419
E-mail: jdomski@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY D'AUGUSTA et al. | CASE No. CV 08-3007 VRW |
| Plaintiffs, | |
| v. | **DECLARATION OF SERVICE** |
| NORTHWEST AIRLINES CORPORATION and DELTA AIR LINES INC., | The Honorable Vaughn R. Walker |
| Defendants. | |

Patricia C. Gordon hereby declares:

I am over the age of 18 years and am not a party to the matter herein. My business address is Alioto Law Firm, 555 California Street, Suite 3160, San Francisco, CA 94104. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On July 16, 2008, I caused to be served the below referenced documents:

1. **Plaintiffs' Ex Parte Application for an Order Shortening Time; Declaration of Thomas Paul Pier**

2. **Notice of Motion and Motion to Set Hearing Date to Establish Briefing Schedule and Hearing Date for Plaintiffs' Motion for Preliminary Injunction**

3. **Declaration of Service**

On the below referenced parties:

Donald L. Flexner
Philip C. Korologos
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Telephone:     (212) 446-2300
Facsimile:      (212) 446-2350
Email:            dflexner@bsfllp.com
                     pkorologos@bsflp.com


James P. Denver III
5301 Wisconsin Ave. NW
Washington, DC  20015
Telephone:     (202) 237-2727
Facsimile:      (202) 237-6131
Email:            jdenvir@bsfllp.com


John F. Cove, Jr.
1999 Harrison Street, Suite 900
Oakland, CA  94612
Telephone:     (510) 874-1000
Facsimile:      (510) 874-1460
Email:            jcove@bsfllp.com

Henry C. Thumann
Richard G. Parker
O'MELVENY 7 MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:     (202) 383-5300
Facsimile:      (202) 383-5414
E-mail:           hthumann@omm.com
                      rparker@omm.com

Michael F. Tubach
Ryan J. Padden
O'MELVENY & MYERS LLP
275 Battery St., 26th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
E-mail:mtubach@omm.com
             rpadden@omm.com

I served said documents:

1. **BY FIRST CLASS MAIL**.  I placed a true and correct copy in a sealed envelope addressed as indicated above, on the above-mentioned date and deposited said envelopes with the U.S. Postal Service.

2. **BY ELECTRONIC MAIL** to the above mentioned e-mail addresses. .

Executed this 16th day of July, 2008 in San Francisco, California.

*Patricia C. Gordon*
Patricia C. Gordon

3
*Declaration of Service*