IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
ROSEMARY D'AUGUSTA, et al              No   C 08-3007 VRW

         Plaintiffs,                        ORDER

         v

NORTHWEST AIRLINES CORPORATION
and DELTA AIRLINES, INC,

         Defendants.
                                       /
```

On July 14, 2008, plaintiffs filed an ex parte application for an order shortening time and a motion to set hearing date to establish briefing schedule and hearing date for plaintiffs' motion for preliminary injunction. Doc ##7, 8. On July 15, 2008, plaintiffs filed certificates of service indicating that the complaint and summons were served upon the defendants. Doc ##10, 11. On July 16, 2008, plaintiffs filed a declaration stating that the ex parte application for an order shortening time and the motion to set hearing date were served upon the defendants. Doc #16.

The issues raised in plaintiffs' application and motion

can be addressed most efficiently at a case management conference. Accordingly, the parties are ORDERED to appear July 23, 2008 at 10 am.

    IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge