BOIES, SCHILLER & FLEXNER LLP
DONALD L. FLEXNER (*pro hac vice applicant*)
PHILIP C. KOROLOGOS (*pro hac vice applicant*)
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email:  dflexner@bsfllp.com
        pkorologos@bsfllp.com

JAMES P. DENVIR III  (*pro hac vice applicant*)
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: jdenvir@bsfllp.com

JOHN F. COVE, JR. (SBN 212213)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  jcove@bsfllp.com

Attorneys for Defendant Delta Air Lines Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROSEMARY D'AUGUSTA, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**NORTHWEST AIRLINES CORP. and DELTA AIR LINES INC.,**<br><br>Defendants. | Case No. 3:08-cv-03007-VRW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>The Honorable Vaughn R. Walker |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies
2  that to the best of my knowledge and belief defendant Delta Air Lines, Inc. does not have any
3  parent corporation and the only publicly held corporation owning 10% or more of Delta Air
4  Lines, Inc.'s stock is J.P. Morgan Chase & Co.

   Pursuant to Civil L.R. 3-16, the undersigned certifies that to the best of my knowledge
5  and belief, as of this date, other than the named parties, there is no such interest to report.
6  These representations are made to enable the Court to evaluate possible disqualification
7  or recusal.

8                                              Respectfully Submitted,
9
10 Dated:  July 17, 2008                        BOIES, SCHILLER & FLEXNER LLP
11
12                                              By:         /s/ *John F. Cove, Jr.*
13                                              DONALD L. FLEXNER (*pro hac vice applicant*)
                                                PHILIP C. KOROLOGOS (*pro hac vice applicant*)
14                                              575 Lexington Avenue, 7th Floor
                                                New York, NY 10022
15                                              Telephone: (212) 446-2300
                                                Facsimile: (212) 446-2350
16                                              Email: dflexner@bsfllp.com
                                                       pkorologos@bsfllp.com
17
                                                JAMES P. DENVIR III (*pro hac vice applicant*)
18                                              5301 Wisconsin Ave. NW
                                                Washington, DC 20015
19                                              Telephone: (202)237-2727
                                                Facsimile: (202) 237-6131
20                                              Email: jdenvir@bsfllp.com
21
                                                JOHN F. COVE, JR. (SBN 212213)
22                                              1999 Harrison Street, Suite 900
                                                Oakland, CA 94612
23                                              Telephone: (510)874-1000
                                                Facsimile: (510)874-1460
24                                              Email: jcove@bsfllp.com
25                                              Attorneys for Defendant Delta Air Lines, Inc.
26
27
28                                              2

---
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS.
*CASE NO. 3:08-CV-03007-VRW*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2008.

Dated: July 17, 2008

                                         /s/ *John F. Cove, Jr.*

                                   John F. Cove, Jr.