1
2
3      [Names, Addresses, and Bar Numbers of
       Counsel Appear on the Signature Pages]
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10
11     **ROSEMARY D'AUGUSTA, CAROLYN**          Case No.  3:08-CV-3007-VRW
       **FJORD; SHARON HOLMES; DEBORAH M.**
12     **and STEVEN J. PULFER; JOHN LOVELL;**
       **GABE GARAVANIAN; JOSE M. BRITO;**
13     **SONDRA K. RUSSELL; ANNETTE M.**        **JOINT CASE MANAGEMENT**
       **TIPPETTS; SHERRY LYNNE STEWART;**      **STATEMENT AND**
14     **ROBERT A. ROSENTHAL; LEE B. and**      **STIPULATED [PROPOSED]**
       **LISA R. MCCARTHY; JUNE STANSBURY;**    **SCHEDULING ORDER**
15     **KEITH DEAN BRADT; DONALD and**
       **DONNA FRY; GARY TALEWSKY; DIANA**      Date:   Wednesday, July 23, 2008
16     **LYNN ULTICAN; PATRICIA A.**            Time:  10:00 am
       **MEEUWSEN; ROBERT D. CONWAY;**          Judge: Hon. Vaughn R. Walker
17     **MICHAEL C. MALANEY; Y. JOCELYN**       Courtroom 6
       **GARDNER; CLYDE D. STENSRUD;**
18     **DONNA M. JOHNSON; VALARIE JOLLY;**
       **and PAMELA S. WARD**,
19
                        Plaintiffs,
20
               v.
21
       **NORTHWEST AIRLINES CORPORATION**
22     **and DELTA AIR LINES, INC.**,
23                      Defendants.
24
25            Defendant DELTA AIR LINES, INC. ("Delta") and defendant NORTHWEST
26     AIRLINES CORPORATION ("NWA") (collectively, "Defendants"), and Plaintiffs
27     hereby respectfully submit this Joint Case Management Statement pursuant to the Court's
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

July 16, 2008 Order (Doc. #17), Federal Rule of Civil Procedure 26(f), Civil L.R. 16-9(a), and the Court's Standing Order regarding Contents of Joint Case Management Statement.

In anticipation of the case management conference scheduled for Wednesday, July 23, 2008 at 10:00 am, the parties have met and conferred and reached agreement, subject to the Court's calendar and approval, on a Stipulated Proposed Scheduling Order (attached hereto as Exhibit A) that will govern discovery and provide for an expedited trial on the merits to begin on Monday, November 10. The proposal calls for a trial of no more than ten (10) days of testimony.

The parties believe the proposed schedule satisfies the interests of all parties in having an early and complete determination of this matter and therefore respectfully request that the Court enter the attached Stipulated Proposed Scheduling Order.

1.    Jurisdiction and Service:  This action is brought under Section 16 of the Clayton Antitrust Act, 15 U.S.C. §§ 18, 26.  This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 26 and 28 U.S.C. §§ 1331, 1337.  No additional parties remain to be served.

2.    Facts:  On April 14, 2008, Defendants announced their intention to combine in an all-stock transaction to create a single airline.  One week later, Defendants filed notifications with the Antitrust Division of the United States Department of Justice ("DOJ") pursuant to the Hart-Scott-Rodino Antitrust Improvements Act of 1976, 15 U.S.C. § 18a.  On June 18, 2008, Plaintiffs filed their Complaint in this action.  Defendants answered the Complaint on July 15, 2008.

3.    Legal Issues:  Whether consummation of the merger will substantially lessen competition or tend to create a monopoly in the transportation of airline passengers in the United States in violation of Section 7 of the Clayton Antitrust Act, 15 U.S.C. § 18.

4.    Motions:  Two motions are currently pending:  (1) Plaintiffs' Motion to Set Hearing Date to Establish Briefing Schedule and Hearing Date for Plaintiffs' Motion for Preliminary Injunction (Doc. # 8), and (2) Plaintiffs' Ex Parte Application for an Order

Shortening Time (Doc. #7).  Both of these pending motions have been rendered moot in light of this Court's July 16, 2008 Order (Doc. #17) and the parties' subsequent agreement to proceed in accordance with the Stipulated Proposed Scheduling Order, which is attached hereto as Exhibit A.  The parties have no present plans for the filing of other motions, and as a result they have not incorporated any deadlines for other motions in the Stipulated Proposed Scheduling Order.

5.    Amendment of Pleadings:  The parties do not expect any claims or defenses to be added or dismissed, and as a result deadlines for amending the pleadings have not been incorporated into the proposed Case Management Schedule.

6.    Evidence Preservation:  The parties have undertaken reasonable steps to preserve evidence relevant to this action, including interdiction of any document-destruction programs and any ongoing erasure of e-mails, voicemails, and other electronically recorded material.

7.    Disclosures:  In light of the proposed Case Management Schedule, and to the extent so ordered by the Court, the parties have agreed to forego exchange of initial disclosures under Fed.R.Civ.P. 26(a)(1).

8.    Discovery:  No discovery has been taken to date, and the parties' plans for future discovery are set forth in the proposed Case Management Schedule.  As set forth therein, Defendants are prepared to provide Plaintiffs with their Hart-Scott-Rodino filings and filings with the United States Department of Transportation concerning their proposed merger, and Plaintiffs will produce to Defendants all documents with respect to the Plaintiffs' air travel to, from and within the United States.

9.    Class Actions:  This action is not a class action.

10.    Related Cases:  The DOJ is currently conducting a review of the proposed merger under the federal antitrust laws.

11.    Relief:  Plaintiffs are seeking to permanently enjoin the merger on the grounds that it violates Section 7 of the Clayton Antitrust Act, 15 U.S.C. § 18.  In

addition, Plaintiffs are seeking their costs of suit, including a reasonable attorney's fee, as provided by Section 16 of the Clayton Antitrust Act, 15 U.S.C. § 26.

12.   Settlement and ADR:  At this time the parties agree that ADR procedures are unlikely to be appropriate.  The parties have not engaged in settlement discussions.

13.   Consent to Magistrate Judge for All Purposes:  The parties do not consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14.   Other References:  At this time the parties do not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.   Narrowing of Issues:  At this time the parties have yet to narrow any substantive issues by motion or agreement, although the parties will attempt to do so prior to trial through stipulations or motions.

16.   Expedited Schedule:  As set forth in the proposed Case Management Schedule, the parties believe this case can be handled on an expedited basis with streamlined procedures to obtain a determination on the merits pursuant to Section 7 of the Clayton Act, 15 U.S.C. § 18.

17.   Scheduling:  The proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference, and trial are set forth in the proposed Case Management Schedule.

18.   Trial:  The parties agree to try this case to the Court and they expect the length of the trial to be ten (10) days.

19.   Disclosure of Non-party Interested Entities or Persons:  On July 17, 2008, defendant Delta filed its Certification of Interested Entities or Person pursuant to Civil L.R. 3-16, which stated that other than the named parties, there is no such interest to report.  Delta also stated that pursuant to Fed.R.Civ.P. 7.1, it does not have any parent corporation and the only publicly held corporation owning 10% or more of Delta's stock

1  is J.P. Morgan Chase & Company.

2         On July 15, 2008, defendant NWA filed its Disclosure Statement under

3  Fed.R.Civ.P. 7.1 and Certification under Civil Local Rule 3-16, which stated that other

4  than the named parties, there are no persons, associations of persons, firms, partnerships,

5  corporations (including parent corporations) or other entities that (i) have a financial

6  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a

7  non-financial interest in that subject matter or in a party that could be substantially

8  affected by the outcome of this proceeding.  In addition, pursuant to Fed.R.Civ.P. 7.1,

9  NWA certified that it does not have any parent corporation and no publicly held

10  corporation owns 10% or more of NWA's stock.

11

12  Dated:  July 21, 2008

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

By: _/s/ John F. Cove, Jr._                          By: _/s/ Michael F. Tubach_

4       JOHN F. COVE, JR. (SBN 212213)              MICHAEL F. TUBACH (SBN 145955)
        BOIES, SCHILLER & FLEXNER LLP              O'MELVENY & MYERS LLP
5       1999 Harrison Street, Suite 900            275 Battery Street, 26th Floor
        Oakland, CA 94612                          San Francisco, CA 94111-3305
        Telephone: (510) 874-1000                  Telephone:  (415) 984-8700
6       Facsimile: (510) 874-1460                  Facsimile:   (415) 984-8701

7       DONALD L. FLEXNER (*pro hac vice           HENRY C. THUMANN (SBN 031519)
        applicant*)                                RICHARD G. PARKER (SBN 062356)
8       PHILIP C. KOROLOGOS (*pro hac vice         O'MELVENY & MYERS LLP
        applicant*)                                1625 Eye Street, NW
9       BOIES, SCHILLER & FLEXNER LLP              Washington, D.C.  20006-4001
        575 Lexington Avenue, 7th Floor            Telephone:   (202) 383-5300
10      New York, NY 10022                         Facsimile:   (202) 383-5414
        Telephone: (212) 446-2300
11      Facsimile: (212) 446-2350                  Attorneys for Defendant
                                                   NORTHWEST AIRLINES
12      JAMES P. DENVIR III  (*pro hac vice        CORPORATION
        applicant*)
13      BOIES, SCHILLER & FLEXNER LLP

14      5301 Wisconsin Ave. NW

        Washington, DC 20015
15      Telephone: (202) 237-2727

16      Facsimile: (202) 237-6131

17      Attorneys for Defendant

18      DELTA AIR LINES INC.

19

20

21

22

23

24

25

26

27

28

1

2

3 By: _/s/ Joseph M. Alioto_

4 JOSEPH M. ALIOTO (SBN 42680)
THERESA D. MOORE (SBN 99978)
5 THOMAS M. ALIOTO, JR. (SBN 215544)
THOMAS P. PIER (SBN 235740)
6 ALIOTO LAW FIRM
555 California Street, 31st
7 San Francisco, CA 94104
Telephone: (415) 434-8900
8 Facsimile: (415) 434-9200

9 DANIEL R. SHULMAN
10 GRAY, PLANT, MOOTY, MOOTY, &
BENNETT
11 500 IDS Center
80 South 8th Street
12 Minneapolis, MN 55402
Telephone: (612) 632-3000
13 Facsimile: (612) 632-4355

14

15 Attorneys for Plaintiffs

16

17 Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,

18 I attest under penalty of perjury that concurrence in the filing of the Joint Case

19 Management Statement and Stipulated [Proposed] Scheduling Order has been obtained

20 from the above signatories.

21

22 Dated: July 21, 2008

By: _/s/ Michael F. Tubach_

23 MICHAEL F. TUBACH (SBN 145955)
O'MELVENY & MYERS LLP
24 275 Battery Street, 26th Floor
San Francisco, CA 94111-3305
25 Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
26
27 Attorneys for Defendant
NORTHWEST AIRLINES
CORPORATION
28

JOINT CASE MANAGEMENT STATEMENT       7       Case No.  3:08-CV-3007-VRW
AND [PROPOSED] SCHEDULING ORDER

1
2
3
4
5
6
7
8
9
10
11
12          **<u>EXHIBIT A</u>**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 [Names, Addresses, and Bar Numbers of

2 Counsel Appear on the Signature Pages]

3

4

5

6

7                          **UNITED STATES DISTRICT COURT**

8                          **NORTHERN DISTRICT OF CALIFORNIA**

9

10 **ROSEMARY D'AUGUSTA; CAROLYN**              Case No.  3:08-CV-3007-VRW
   **FJORD; SHARON HOLMES; DEBORAH M.**
11 **and STEVEN J. PULFER; JOHN LOVELL;**
   **GABE GARAVANIAN; JOSE M. BRITO;**
12 **SONDRA K. RUSSELL; ANNETTE M.**            **STIPULATED [PROPOSED]**
   **TIPPETTS; SHERRY LYNNE STEWART;**          **SCHEDULING ORDER**
13 **ROBERT A. ROSENTHAL; LEE B. and LISA**
   **R. MCCARTHY; JUNE STANSBURY; KEITH**
14 **DEAN BRADT; DONALD and DONNA FRY;**        Date:   Wednesday, July 23, 2008
15 **GARY TALEWSKY; DIANA LYNN**                Time:  10:00 am
   **ULTICAN; PATRICIA A. MEEUWSEN;**           Judge: Hon. Vaughn R. Walker
16 **ROBERT D. CONWAY; MICHAEL C.**             Courtroom 6
   **MALANEY; Y. JOCELYN GARDNER;**
17 **CLYDE D. STENSRUD; DONNA M.**
18 **JOHNSON; VALARIE JOLLY; and PAMELA**
   **S. WARD,**
19
   Plaintiffs,
20
21              v.

22 **NORTHWEST AIRLINES CORPORATION**
   **and DELTA AIR LINES INC.,**
23
24 Defendants.

25

26

27

28

                                        2

The parties above named, by and through their undersigned attorneys, having conferred and agreed upon a proposed schedule for the disposition of this matter, hereby stipulate and agree as follows:

1.  The parties waive disclosures under Fed. R. Civ. P. 26.

2.  On or before August 1, 2008, the defendants shall produce to the plaintiffs the defendants' Hart-Scott-Rodino filings and filings with the United States Department of Transportation concerning their proposed merger, and the plaintiffs shall produce to the defendants all documents with respect to the plaintiffs' air travel to, from and within the United States.

3.  The parties may take fact depositions during the period from August 18 to September 5, 2008.

4.  On or before September 26, 2008, the plaintiffs shall provide to the defendants any expert reports pursuant to Fed. R. Civ. P. 26.

5.  On or before October 17, 2008, the defendants shall provide to the plaintiffs any expert reports pursuant to Fed. R. Civ. P. 26.

6.  The parties may take expert depositions if they choose to do so from October 20 to October 31, 2008.

7.  The parties will make their pretrial disclosures of witnesses and exhibits and such other filings as the Court may require on November 3, 2008.

8.  Subject to the Court's availability at a time to be set by the Court, the Court will conduct a final pretrial conference on November 7, 2008.

9.  Trial in this matter, which the parties estimate will take no more than ten trial days, will commence November 10, 2008.

1       SO STIPULATED:

2    Dated: July 21, 2008

3                                       For plaintiffs:

4
                                        ALIOTO LAW FIRM
5                                       GRAY PLANT MOOTY MOOTY & BENNETT, P.A.

6
                                        By:_____/s/  Joseph M. Alioto_____
7                                              JOSEPH M. ALIOTO (SBN 42680)
                                               THE ALIOTO LAW FIRM
8                                              555 California Street, 31st Floor
                                               San Francisco, CA 94104
9                                              Telephone:  (415) 434-8900
                                               Facsimile:   (415) 434-9200
10                                             E-mail:  ESexton@aliotolaw.com

11
                                        For defendant Northwest Airlines Corporation:
12

13                                      By:_____/s/ Michael F. Tubach_____
                                               MICHAEL F. TUBACH (SBN 145955)
14                                             O'MELVENY & MYERS LLP
                                               275 Battery Street, 26th Floor
15                                             San Francisco, CA 94111-3305
                                               Telephone:     (415) 984-8700
16                                             Facsimile:      (415) 984-8701

17
                                               HENRY C. THUMANN (SBN 031519)
18                                             RICHARD G. PARKER (SBN 062356)
                                               O'MELVENY & MYERS LLP
19                                             1625 Eye Street, NW
                                               Washington, D.C.  20006-4001
20                                             Telephone:     (202) 383-5300
                                               Facsimile:      (202) 383-5414
21

22

23

24

25

26

27

28

                                               4

1                For defendant Delta Air Lines Inc.:

2

3                                By:_____/s/  John F. Cove, Jr._____

4                                     JOHN F. COVE, JR. (SBN 212213)
                                      BOIES, SCHILLER & FLEXNER LLP
5                                     1999 Harrison Street, Suite 900
                                      Oakland, CA 94612
6                                     Telephone: (510) 874-1000
                                      Facsimile: (510) 874-1460
7

8                                     DONALD L. FLEXNER (*pro hac vice
                                      applicant*)
9                                     PHILIP C. KOROLOGOS (*pro hac vice
                                      applicant*)
10                                    BOIES, SCHILLER & FLEXNER LLP
                                      575 Lexington Avenue, 7th Floor
11                                    New York, NY 10022
                                      Telephone: (212) 446-2300
12                                    Facsimile: (212) 446-2350

13
                                      JAMES P. DENVIR III  (*pro hac vice
14                                    applicant*)
                                      BOIES, SCHILLER & FLEXNER LLP
15                                    5301 Wisconsin Ave. NW
                                      Washington, DC 20015
16                                    Telephone: (202) 237-2727
                                      Facsimile: (202) 237-613
17

18

19

20

21

22

23

24

25

26

27

28

1

2   Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I

3   attest under penalty of perjury that concurrence in the filing of this Exhibit A (Stipulated

4   [Proposed] Scheduling Order) has been obtained from the above signatories.

5

6   Dated:  July 21, 2008

By:   /s/  Michael F. Tubach

7
MICHAEL F. TUBACH (SBN 145955)
O'MELVENY & MYERS LLP

8   275 Battery Street, 26th Floor
San Francisco, CA 94111-3305

9   Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

10
Attorneys for Defendant

11  NORTHWEST AIRLINES
CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1

**<u>ORDER</u>**

2        Pursuant to the above stipulation, IT IS SO ORDERED.

3

Dated: July___, 2008.

4
_____

5                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28