COPY

UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.,

               Plaintiff(s),
v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

               Defendant(s).
_____/

CASE NO. 3:08-cv-03007-VRW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Donald L. Flexner , an active member in good standing of the bar of

New York and District of Columbia  whose business address and telephone number

(particular court to which applicant is admitted)

is

Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor, New York, 10022
(212) 446-2300 ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant, Delta Air Lines, Inc. .

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                                       United States District     Judge