|Clerk's Use Only|
|---|
|Initial for fee pd.:|

Boies, Schiller & Flexner LLP
James P. Denvir III (pro hac vice)
5301 Wisconsin Ave. NW
Washington, DC 20015
(202) 237-2727

**ORIGINAL FILED**
08 JUL 16 AM 10:26

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY D'AUGUSTA, ET AL.,

        Plaintiff(s),

        v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

        Defendant(s).

CASE NO. 3:08-cv-03007-VRW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, James P. Denvir III, an active member in good standing of the bar of District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Delta Air Lines Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
John F. Cove, Jr.; 1999 Harrison Street, Suite 900
Oakland, CA 94612; (510)874-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/16/08

        James P. Denvir III