ORIGINAL
FILED
08 JUL 16 AM 10: 26

**Clerk's Use Only**
Initial for fee pd.:

Boies, Schiller & Flexner LLP
Philip C. Korologos (pro hac vice)
575 Lexington Avenue, 7th Floor
New York, 10022
(212) 446-2300

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY D'AUGUSTA, ET AL.,

                    Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

                    Defendant(s).          /

CASE NO. 3:08-cv-03007-VRW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Philip C. Korologos, an active member in good standing of the bar of New York ⊞, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Delta Air Lines Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    John F. Cove, Jr.; 1999 Harrison Street, Suite 900
    Oakland, CA 94612; (510)874-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/15/08

Philip C. Korologos

UNITED STATES  DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.,

CASE NO.  3:08-cv-03007-VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

Defendant(s).
_____/

Philip C. Korologos , an active member in good standing of the bar of

New York whose business address and telephone number

(particular court to which applicant is admitted)

is

Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor, New York, 10022
(212) 446-2300

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant, Delta Air Lines, Inc.

  IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/22/2008



GRANTED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
For the Northern District of California