UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.,

                    Plaintiff(s),
    v.

NORTHWEST AIRLINES CORP. and DELTA AIRLINES INC.,

                    Defendant(s).

CASE NO. 3:08-cv-03007-VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

~~Donald L. Flexner~~ James P. Denvir III , an active member in good standing of the bar of ~~New York and~~ District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Boies, Schiller & Flexner LLP
~~575 Lexington Avenue, 7th Floor, New York, 10022~~ 5301 Wisconsin Ave NW
~~(212) 446-2300~~ Washington, DC 20015
(202) 237-2727

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Delta Air Lines, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 7/22/2008



GRANTED
Judge Vaughn R Walker