**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  July 23,  2008

**C 08-3007 VRW**

**ROSEMARY D'AUGUSTA et al  v  NORTHWEST AIRLINES  and DELTA AIRLINES**

Attorneys : For Plaintiff(s):   Joseph Alioto, Theresa Driscoll Moore, Thomas Pier

For Defendant(s):   Henry Thuman, Michael Tubach - Northwest Airlines
                    Donald Flexner, John Cove, Donald Zimmer - Delta Airlines

Deputy Clerk: Cora Klein                      Reporter:  Katherine Sullivan

PROCEEDINGS:                                  RULING:
1. _____             _____
2. _____             _____
3. _____             _____

Case Management Conference - Held

SCHEDULE:

PRETRIAL CONFERENCE:  November 3, 2008  at 10:00 A.M.

TRIAL DATE:  November 5, 2008  at :8: 30 A.M.        Court trial  - 10  days
Hours are from 8:30 a.m. - 4:00 p.m.


Order to be prepared by:     Plntf_____    Deft_____    Court_x_