Joseph M. Alioto (No. 42680)
Theresa D. Moore (No. 99978)
Joseph M. Alioto, Jr. (No. 215544)
Thomas P. Pier (No. 235740)
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
E-mail: esexton@aliotolaw.com

Daniel R. Shulman (MN No. 100651)
GRAY, PLANT, MOOTY, MOOTY & BENNETT
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4335
E-mail: daniel.shulman@gpmlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY D'AUGUSTA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST AIRLINES CORPORATION and DELTA AIR LINES, INC.,<br><br>Defendants. | Case No. 3:08-cv-03007-VRW<br><br>**DECLARATION OF SERVICE** |

I, Elizabeth Sexton hereby declare:

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and am not a party to this action; my business address is 555 California Street, Suite 3160, San Francisco, California 94104-1534.

On July 24, 2008, I served the following documents:

**Application for Admission of Attorney Pro Hac Vice (Daniel R. Shulman)**

---

DECLARATION OF SERVICE
1

| | |
|---|---|
| 1 | (Proposed) Order Granting Application for Admission of Attorney Pro Hac Vice (Daniel R. Shulman) |

by providing a true copy of above-referenced documents to the below parties:

Donald L. Flexner
Philip C. Korologos
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

John F. Cove, Jr.
1999 Harrison Street, Suite 900
Oakland, CA 94612

Michael F. Tubach
Ryan J. Padden
O'Melveny & Myers LLP
275 Battery Street, 26th Floor
San Francisco, CA 94111

Henry C. Thumann
Richard G. Parker
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001

James P. Denvir III
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue NW
Washington, DC 20015

I served the above parties by U.S. Mail by depositing said copies in sealed envelopes with first-class postage thereon fully prepaid and depositing for pickup by the United States postal service.

Executed July 24, 2008 in San Francisco, California.

*Elizabeth Sexton* (signature)
Elizabeth Sexton

---

DECLARATION OF SERVICE
2