| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Daniel R. Shulman
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
612-632-3335
daniel.shulman@gpmlaw.com

FILED

08 JUL 24 PM 1: 48



RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY D'AUGUSTA, ET AL.,

          Plaintiff(s),

          v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

          Defendant(s).

**CASE NO.** 3:08-cv-03007-VRW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,   Daniel R. Shulman   , an active member in good standing of the bar of  the District of Minnesota   , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  Plaintiffs   in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:    Joseph M. Alioto
    Alioto Law Firm
    555 California Street, Suite 3160
    San Francisco, CA 04104
    415-434-8900

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 23, 2008

RECEIVED
08 JUL 24 PM 1: 48

United States District Court
For the Northern District of California

1   **UNITED STATES DISTRICT COURT**

2   **NORTHERN DISTRICT OF CALIFORNIA**

3

4   ROSEMARY D'AUGUSTA, ET AL.,

5

6                    Plaintiff(s),

7         v.                                    CASE NO.  3:08-cv-03007-VRW

8   NORTHWEST AIRLINES CORP. and        **(Proposed)**
    DELTA AIRLINES INC.,                **ORDER GRANTING APPLICATION**
                                         **FOR ADMISSION OF ATTORNEY**
9                                        ***PRO HAC VICE***

10  _____ Defendant(s). _____/

11      Daniel R. Shulman                          , an active member in good standing of the bar of

12      the District of Minnesota               whose business address and telephone number
    (particular court to which applicant is admitted)

13  is   Gray, Plant, Mooty, Mooty & Bennett, P.A.

14      500 IDS Center, 80 South Eighth Street
        Minneapolis, MN 55402

15      612-632-3335    daniel.shulman@gpmlaw.com                   , having applied in the

16  above-entitled action for admission to practice in the Northern District of California on a *pro hac*

17  *vice* basis, representing

18      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20  *vice* . Service of papers upon and communication with co-counsel designated in the application

21  will constitute notice to the party. All future filings in this action are subject to the requirements

22  contained in General Order No. 45, *Electronic Case Filing* .

23

24  Dated:

25                                     _____
                                       Vaughn R. Walker
                                       United States  District    Judge

26

27

28