BOIES, SCHILLER & FLEXNER LLP
DONALD L. FLEXNER (*pro hac vice applicant*)
PHILIP C. KOROLOGOS (*pro hac vice applicant*)
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email:  dflexner@bsfllp.com

JAMES P. DENVIR III  (*pro hac vice applicant*)
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202)237-2727
Facsimile: (202) 237-6131
Email: jdenvir@bsfllp.com

Attorneys for Defendant Delta Air Lines Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROSEMARY D'AUGUSTA,**  *et al.* | Case No. 3:08-cv-03007-VRW |
| Plaintiffs, | **DECLARATION OF SERVICE** |
| v. | The Honorable Vaughn R. Walker |
| **NORTHWEST AIRLINES CORP. and DELTA AIR LINES INC.,** | |
| Defendants. | |

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612, in said County and State; on July 30, 2008, I served the:

**(1) APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ERIC BRENNER)**
**(2) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ERIC BRENNER)**
**(3) APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ROBERT M. COOPER)**
**(4) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ROBERT M. COOPER)**
**(5) APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (HERSHEL A. WANCJER)**
**(6) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (HERSHEL A. WANCJER)**

By providing a true copy thereof addressed to each of the persons named below:

Joseph M. Alioto
Theresa D. Moore
Joseph M. Alioto, Jr.
Thomas P. Pier
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
E-mail: esexton@aliotolaw.com

Daniel R. Shulman
GRAY, PLANT, MOOTY, MOOTY & BENNETT
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile:  (612) 632-4335
E-mail: daniel.shulman@gpmlaw.com

Henry C. Thumann
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
E-mail:  hthumann@omm.com
           rparker@omm.com

Michael F. Tubach
Ryan J. Padden
O'MELVENY & MYERS LLP
275 Battery Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-mail:  mtubach@omm.com
           rpadden@omm.com

James M. Dombroski
LAW OFFICES OF JAMES M. DOMBROSKI
P.O. Box 751027
Petaluma, CA 94975-1027
Telephone:  (707) 762-7807
Facsimile: (707) 769-0419
E-mail:  jdomski@aol.com

☑ BY FIRST CLASS MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☑ BY ELECTRONIC MAIL

☐ BY FACSIMILE: From facsimile machine telephone number (510) 874-1460, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐ BY FEDERAL EXPRESS NEXT DAY AIR: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Boies, Schiller & Flexner LLP, that same day in the ordinary course of business.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

☑ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2008 at Oakland, California.

*Jason Lipton*