| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Boies, Schiller & Flexner LLP
Eric Brenner (pro hac vice pending)
575 Lexington Avenue, 7th Floor
New York, NY 10022
(212) 446-2300

FILED
08 JUL 30 PM 1:37

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY D'AUGUSTA, ET AL.,

                Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.

                Defendant(s).

CASE NO. 3:08-cv-03007-VRW

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Eric Brenner, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Delta Airlines Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

John F. Cove, Jr.: 1999 Harrison Street, Suite 900
Oakland, CA 94612 ; (510) 874-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/28/08