RECEIVED
08 JUL 24 PM 1:48

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY D'AUGUSTA, ET AL.,

Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

Defendant(s).

CASE NO. 3:08-cv-03007-VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Daniel R. Shulman , an active member in good standing of the bar of
the District of Minnesota whose business address and telephone number
(particular court to which applicant is admitted)
is   Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
612-632-3335    daniel.shulman@gpmlaw.com , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/5/2008

Vaughn R. Walker
United States District Judge

