E-Filing

UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.,

                Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.

                Defendant(s).

CASE NO. 3:08-cv-03007-VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert M. Cooper, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number (particular court to which applicant is admitted) is

Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW #800, Washington, DC 20015
(202) 237-2727

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant DELTA AIRLINES INC.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 0 6 2008

                                                          United States District Judge