E-Filing

UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.,

CASE NO. 3:08-cv-03007-VRW

Plaintiff(s),
v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Eric Brenner , an active member in good standing of the bar of

New York whose business address and telephone number

(particular court to which applicant is admitted)

is

Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor, New York, NY 10022
(212) 446-2300 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Delta Air Lines, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 0 6 2008

_____
United States District     Judge