COPY

UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.,

CASE NO. 3:08-cv-03007-VRW

Plaintiff(s),

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

Defendant(s).
_____/

Jobe Danganan                              , an active member in good standing of the bar of

New York                                   whose business address and telephone number

(particular court to which applicant is admitted)

is

Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor, New York, 10022
(212) 446-2300                                                                                   ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant, Delta Air Lines, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District     Judge

UNITED STATES DISTRICT COURT
For the Northern District of California