

1  DAVID V. SACK
   O'MELVENY & MYERS LLP
2  Times Square Tower
   7 Times Square
3  New York, NY 10036
   Telephone:  (212) 326-2000
4  Facsimile:   (212) 326-2061

5  Attorneys for Defendant
   Northwest Airlines Corp.
6

FILED

08 AUG 12 PM 1:10

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY D'AUGUSTA, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES CORP.<br>AND DELTA AIRLINES INC.,<br><br>Defendant. | Case No. 3:08-cv-030007-VRW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to L.R. 11-3, David V. Sack, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Northwest Airlines Corp., in the above-entitled action.

In support of this application, I hereby certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been delegated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael Tubach; Embarcadero Center West, 275 Battery Street, San Francisco, CA 94111-3305; (415) 984-8876

3:08-CV-030007-VRW



...alty of perjury that the foregoing is true and correct.

1       I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: August  11 , 2008

                                            DAVID V. SACK