1  MICHAEL F. TUBACH (S.B. #145955) mtubach@omm.com
   RYAN J. PADDEN (S.B. #204515) rpadden@omm.com
2  O'MELVENY & MYERS LLP
   275 Battery Street, 26th Floor
3  San Francisco, CA 94111
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701

5  HENRY C. THUMANN (S.B. #031519) hthumann@omm.com
   RICHARD G. PARKER (S.B. #062356) rparker@omm.com
6  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
7  Washington, D.C. 20006-4001
   Telephone:   (202) 383-5300
8  Facsimile:   (202) 383-5414

FILED
08 AUG 12 PM 1:10
K. U.S DISTRICT COURT
[illegible] CALIFORNIA

Attorneys for Defendant

NORTHWEST AIRLINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSEMARY D'AUGUSTA, ET AL.,** | Case No. 3:08-CV-3007-VRW |
| Plaintiffs, | |
| v. | **DECLARATION OF SERVICE** |
| **NORTHWEST AIRLINES CORPORATION and DELTA AIRLINES, INC.,** | The Honorable Vaughn R. Walker |
| Defendants. | Trial Date: November 5, 2008 |

1  **PROOF OF SERVICE BY MAIL**

2        I am a citizen of the United States and employed in San Francisco County,
3  California, at the office of a member of the bar of this Court at whose direction this
4  service was made. I am over the age of eighteen years and not a party to the within
5  action. I am a resident of or employed in the county where the service described below
6  occurred. My business address is Embarcadero Center West, 275 Battery Street, San
7  Francisco, California 94111-3305. I am readily familiar with this firm's practice for
8  collection and processing of correspondence for mailing with the United States Postal
9  Service. In the ordinary course of business, correspondence collected from me would be
10 processed on the same day, with postage thereon fully prepaid and placed for deposit that
11 day with the United States Postal Service. On August 12, 2008 I served the following:

12       **APPLICATIONS FOR ADMISSION OF ATTORNEY**
      ***PRO HAC VICE* FOR DAVID V. SACK and JEFFREY A.**
13       **N. KOPCZYNSKI**

14 by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid,
15 and placing the envelope for collection and mailing today with the United States Postal
16 Service in accordance with the firm's ordinary business practices, addressed as follows:

17

18 Eric Brenner
   Boies Schiller & Flexner LLP                     Daniel R. Shulman
19 575 Lexington Avenue, 7th Floor            Gray, Plant, Mooty, Mooty & Bennett
   New York, NY 10022                             500 IDS Center
20                                                     80 South 8th Street
21                                                     Minneapolis, MN 55402
   James M. Dombroski
22 Law Offices of James M. Dombroski          Donald L. Flexner
   P.O. Box 751027                                        James P. Denvir, III
23 Petaluma, CA 94975-1027                         Hershel A. Wancjer
24                                                     Robert M. Cooper
                                                    Boies Schiller & Flexner LLP
25 Philip C. Korologos                                5301 Wisconsin Ave NW Ste 570
26 Boies Schiller & Flexner LLP                       Washington, DC 20015
   333 Main Street
27 Armonk, NY 10504

28

1
2  Joseph Alioto
   Theresa Moore
3  Thomas P. Pier
   Alioto Law Firm
4  555 California Street, Suite 3160
5  San Francisco, CA 94104

6

7

8
            I declare under penalty of perjury under the laws of the United States that
9
   the above is true and correct. Executed on August 12, 2008, at San Francisco, California.
10

11

12                                                     Karla M. Quintanilla

13   SF1:724643.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -