1  WILLIAM T. BUFFALOE
   O'MELVENY & MYERS LLP
2  1625 Eye Street, NW
   Washington, DC 20006
3  Telephone:    (202) 383-5300
   Facsimile:    (202) 383-5414
4
5  Attorneys for Defendant
   Northwest Airlines Corp.

FILED

08 AUG 14 PM 1:43

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7              **UNITED STATES DISTRICT COURT**

8             **NORTHERN DISTRICT OF CALIFORNIA**

9  ROSEMARY D'AUGUSTA, ET AL.,        | Case No.  3:08-cv-030007-VRW

10            Plaintiff,               | **APPLICATION FOR ADMISSION OF**
                                       | **ATTORNEY *PRO HAC VICE***
11     v.

12 NORTHWEST AIRLINES CORP.
   AND DELTA AIRLINES INC.,
13
              Defendant.
14

15

16         Pursuant to L.R. 11-3, William T. Buffaloe, an active member in good

17 standing of the bar of the District of Columbia, hereby applies for admission to practice in

18 the Northern District of California on a pro hac vice basis representing Defendant,

19 Northwest Airlines Corp., in the above-entitled action.

20         In support of this application, I hereby certify on oath that:

21     1. I am an active member in good standing of a United States Court or of
          the highest court of another State or the District of Columbia, as
22        indicated above;

23     2. I agree to abide by the Standards of Professional Conduct set forth in
          Civil Local Rule 11-4, to comply with General Order No. 45, Electronic
24        Case Filing, and to become familiar with the Local Rules and the
          Alternative Dispute Resolution Programs of this court; and

25     3. An attorney who is a member of the bar of this Court in good standing
          and who maintains an office within the State of California has been
26        delegated as co-counsel in the above-entitled action.  The name, address
          and telephone number of that attorney is:
27
       Michael Tubach; Embarcadero Center West, 275 Battery Street, San
28     Francisco, CA 94111-3305; (415) 984-8876

                                          3:08-CV-030007-VRW

1    I declare under penalty of perjury that the foregoing is true and correct.

2

3

4    Dated: August _13_, 2008                    _William T. Buffaloe_
                                                    WILLIAM T. BUFFALOE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                                    3:08-CV-030007-VRW