```
WILLIAM T. BUFFALOE
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414

Attorneys for Defendant
Northwest Airlines Corp.
```

FILED
08 AUG 14 PM 1:43
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY D'AUGUSTA, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> NORTHWEST AIRLINES CORP. AND DELTA AIRLINES INC., <br><br> Defendant. | Case No. 3:08-cv-030007-VRW <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to L.R. 11-3, William T. Buffaloe, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Northwest Airlines Corp., in the above-entitled action.

In support of this application, I hereby certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been delegated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael Tubach; Embarcadero Center West, 275 Battery Street, San Francisco, CA 94111-3305; (415) 984-8876

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct. |
| 2 | |
| 3 | |
| 4 | Dated: August _13_, 2008       _William T. Buffaloe_<br>WILLIAM T. BUFFALOE |