


FILED
08 AUG 14 PM 1:42

1  MICHAEL E. ANTALICS
   O'MELVENY & MYERS LLP
2  1625 Eye Street, NW
   Washington, DC 20006
3  Telephone: (202) 383-5300
   Facsimile:  (202) 383-5414
4
   Attorneys for Defendant
5  Northwest Airlines Corp.

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY D'AUGUSTA, ET AL., | Case No. 3:08-cv-030007-VRW |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| NORTHWEST AIRLINES CORP. AND DELTA AIRLINES INC., | |
| Defendant. | |

Pursuant to L.R. 11-3, Michael E. Antalics, an active member in good standing of the bars of the District of Columbia and the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Northwest Airlines Corp., in the above-entitled action.

In support of this application, I hereby certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been delegated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael Tubach; Embarcadero Center West, 275 Battery Street, San Francisco, CA 94111-3305; (415) 984-8876

3:08-CV-030007-VRW

1 | I declare under penalty of perjury that the foregoing is true and correct.

Dated: August _13_, 2008

_____
MICHAEL E. ANTALICS