1  MICHAEL F. TUBACH (S.B. #145955) mtubach@omm.com
   RYAN J. PADDEN (S.B. #204515) rpadden@omm.com
2  O'MELVENY & MYERS LLP
   275 Battery Street, 26th Floor
3  San Francisco, CA 94111
   Telephone: (415) 984-8700
4  Facsimile: (415) 984-8701

5  HENRY C. THUMANN (S.B. #031519) hthumann@omm.com
   RICHARD G. PARKER (S.B. #062356) rparker@omm.com
6  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
7  Washington, D.C. 20006-4001
   Telephone: (202) 383-5300
8  Facsimile: (202) 383-5414

9
10  Attorneys for Defendant
11  NORTHWEST AIRLINES CORPORATION

12  **UNITED STATES DISTRICT COURT**
13  **NORTHERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  **ROSEMARY D'AUGUSTA, ET AL.,** | Case No. 3:08-CV-3007-VRW |
| 16  Plaintiffs, | |
| 17  v. | **DECLARATION OF SERVICE** |
| 18  **NORTHWEST AIRLINES CORPORATION and DELTA AIRLINES, INC.,** | |
| 19  Defendants. | The Honorable Vaughn R. Walker |
| 20 | Trial Date: November 5, 2008 |

FILED
08 AUG 14 PM 1:44

3:08-CV-030007-VRW

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | I am a citizen of the United States and employed in San Francisco County, |
| 3 | California, at the office of a member of the bar of this Court at whose direction this |
| 4 | service was made. I am over the age of eighteen years and not a party to the within |
| 5 | action. I am a resident of or employed in the county where the service described below |
| 6 | occurred. My business address is Embarcadero Center West, 275 Battery Street, San |
| 7 | Francisco, California 94111-3305. I am readily familiar with this firm's practice for |
| 8 | collection and processing of correspondence for mailing with the United States Postal |
| 9 | Service. In the ordinary course of business, correspondence collected from me would be |
| 10 | processed on the same day, with postage thereon fully prepaid and placed for deposit that |
| 11 | day with the United States Postal Service. On August 14, 2008 I served the following: |

**APPLICATIONS FOR ADMISSION OF ATTONREY
*PRO HAC VICE* and (Proposed) ORDERS GRANTING
APPLICATIONS FOR ADMISSION OF ATTORNEY
*PRO HAC VICE* FOR MICHAEL A. ANTALICS and
WILLIAM T. BUFFALOE**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

Eric Brenner
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

James M. Dombroski
Law Offices of James M. Dombroski
P.O. Box 751027
Petaluma, CA 94975-1027

Philip C. Korologos
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Daniel R. Shulman
Gray, Plant, Mooty, Mooty & Bennett
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Donald L. Flexner
James P. Denvir, III
Hershel A. Wancjer
Robert M. Cooper
Boies Schiller & Flexner LLP
5301 Wisconsin Ave NW Ste 570
Washington, DC 20015

1

2  Joseph Alioto
   Theresa Moore
3  Thomas P. Pier
   Alioto Law Firm
4  555 California Street, Suite 3160
5  San Francisco, CA 94104

6

7

8

9          I declare under penalty of perjury under the laws of the United States that

10  the above is true and correct.  Executed on August 14, 2008, at San Francisco, California.

11

12                                                      Karla M. Quintanilla

13  SF1:724643.2

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28