UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.

CASE NO. 3:08-cv-03007-VRW

Plaintiff(s),
v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES, INC.,

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David V. Sack, an active member in good standing of the bar of New York whose business address and telephone number (particular court to which applicant is admitted) is

O'Melveny & Myers LLP
NY 3155, Times Square Tower, 7 Times Square
NY, NY  10036 - (212) 728-5793

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/20/2008



GRANTED
Judge Vaughn R Walker