UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.

CASE NO. 3:08-cv-03007-VRW

Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES, INC.,

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jeffrey A.N. Kopczynski , an active member in good standing of the bar of

New York and New Jersey whose business address and telephone number

(particular court to which applicant is admitted)

is

O'Melveny & Myers LLP
NY 3155, Times Square Tower, 7 Times Square
NY, NY  10036 - (212) 728-5793

,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing                                             .

 IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/20/2008

GRANTED
Judge Vaughn R Walker