


| Clerk's Use Only |
|---|
| Init. for fee pd.: |

Hunton & Williams LLP
Ian Conner (pro hac vice)
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 955-1978

08 AUG 20 PM 3: 10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY D'AUGUSTA, ET AL.,

          Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

          Defendant(s).

CASE NO. 3:08-cv-03007-VRW

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Ian R. Conner, an active member in good standing of the bar of Washington, DC, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Delta Air Lines Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
John F. Cove, Jr.; 1999 Harrison Street, Suite 900
Oakland, CA 94612; (510) 874-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2008

ORIGINAL

AUG 20 PM 3:11

UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.,

CASE NO. 3:08-cv-03007-VRW

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

Defendant(s).
_____/

Ian R. Conner                                          , an active member in good standing of the bar of

Washington, DC                                          whose business address and telephone number

(particular court to which applicant is admitted)

is

Hunton & Williams LLP
1900 K. Street NW, Washington, DC 20006
(202) 955-1978                                                                                              ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant, Delta Air Lines, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District     Judge