Clerk's Use Only
Initial for fee pd.:

Hunton & Williams LLP
D. Bruce Hoffman (pro hac vice)
1900 K. Street, NW
Washington, DC 20006
Telephone: (202) 955 - 1500

**ORIGINAL FILED**
AUG 21 PM 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY D'AUGUSTA, ET AL.,

　　　　　　　Plaintiff(s),

　　v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

　　　　　　　Defendant(s).

CASE NO. 3:08-cv-03007-VRW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*** 

Pursuant to Civil L.R. 11-3, D. Bruce Hoffman , an active member in good standing of the bar of District of Columbia , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Delta Air Lines Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
John F. Cove, Jr.; 1999 Harrison Street, Suite 900
Oakland, CA 94612; (510) 874-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2008