BRIAN A. O'DEA
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:   (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendant
Northwest Airlines Corp.

FILED

08 AUG 22 PM 1: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROSEMARY D'AUGUSTA, ET AL., | Case No. 3:08-cv-03007-VRW |
|---|---|
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| NORTHWEST AIRLINES CORP. AND DELTA AIRLINES INC., | |
| Defendant. | |

Pursuant to L.R. 11-3, Brian A. O'Dea, an active member in good standing of the bar of the Commonwealth of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Northwest Airlines Corp., in the above-entitled action.

In support of this application, I hereby certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been delegated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael Tubach; Embarcadero Center West, 275 Battery Street, San Francisco, CA 94111-3305; (415) 984-8876

1   I declare under penalty of perjury that the foregoing is true and correct.

2

3

4   Dated: August  19 , 2008            _____
                                              BRIAN A. O'DEA

UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.

CASE NO. 3:08-cv-03007-VRW

Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIR LINES INC.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Brian A. O'Dea, an active member in good standing of the bar of the Commonwealth of Virginia, whose business address and telephone number (particular court to which applicant is admitted) is

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006 - (202) 383-5271

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Northwest Airlines Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge