UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.

CASE NO. 3:08-cv-03007-VRW

Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES, INC.,

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael E. Antalics , an active member in good standing of the bar of
The District of Columbia and
The Commonwealth of Pennsylvania   whose business address and telephone number
(particular court to which applicant is admitted)
is
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006    - (202) 383-5343                                                               ,
having applied in the above-entitled action for admission to practice in the Northern District of
California on a *pro hac vice* basis, representing Northwest Airlines Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designated in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/22/08



GRANTED
Judge Vaughn R Walker