UNITED STATES DISTRICT COURT

Northern District of California

E-Filing

ROSEMARY D'AUGUSTA, ET AL.

CASE NO. 3:08-cv-03007-VRW

Plaintiff(s),

v.

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES, INC.,

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

William T. Buffaloe , an active member in good standing of the bar of

District of Columbia whose business address and telephone number

(particular court to which applicant is admitted)

is

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006    - (202) 383-5292                                      ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Northwest Airlines Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/22/08

_____
United States District    Judge