e-Filing    ORIGINAL

UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY D'AUGUSTA, ET AL.,

                                       CASE NO. 3:08-cv-03007-VRW

               Plaintiff(s),           (Proposed)

        v.                        **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

NORTHWEST AIRLINES CORP. and
DELTA AIRLINES INC.,

               Defendant(s).
_____/

D. Bruce Hoffman                         , an active member in good standing of the bar of

District of Columbia                  whose business address and telephone number

(particular court to which applicant is admitted)

is

Hunton & Williams LLP
1900 K. Street NW, Washington, DC 20006
(202) 955-1500

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant, Delta Air Lines, Inc.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/29/08

                                          _____
                                            United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California