ALIOTO LAW FIRM
JOSEPH M. ALIOTO (State Bar No. 42680)
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN (pro hac vice)
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335
Email: daniel.shulman@gpmlaw.com

Attorneys for Plaintiffs


BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (SBN 212213)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: jcove@bsfllp.com

Attorneys for Defendant
DELTA AIR LINES, INC.

BOIES, SCHILLER & FLEXNER LLP
DONALD L. FLEXNER (pro hac vice)
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email: dflexner@bsfllp.com

Attorneys for Defendant
DELTA AIR LINES, INC.


O'MELVENY & MYERS LLP
MICHAEL F. TUBACH (SBN 145955)
275 Battery Street, 26th Floor
San Francisco, CA 941111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: mtubach@omm.com

HENRY THUMANN (SBN 031519)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: hthumann@omm.com

Attorneys for Defendant
NORTHWEST AIRLINES CORPORATION

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROSEMARY D'AUGUSTA, et. al.<br><br>               Plaintiffs,<br>v.<br><br>NORTHWEST AIRLINES CORPORATION and DELTA AIR LINES INC.,<br><br>               Defendants. | CASE NO: 3:08-cv-03007-VRW<br><br>**STIPULATION OF DISMISSAL** |

All plaintiffs and all defendants hereby stipulate and agree that, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this action is dismissed with prejudice, each party shall bear its own costs.

Dated: October 27, 2008

                    ALIOTO LAW FIRM
                    JOSEPH M. ALIOTO
                    555 California Street, Suite 3160
                    San Francisco, CA 94104
                    Telephone: 415-434-8900
                    Facsimile: 415-434-9200
                    E-mail: josephalioto@mac.com

                    GRAY, PLANT, MOOTY, MOOTY
                    & BENNETT, P.A.
                    DANIEL R. SHULMAN
                    500 IDS Center, 80 South Eighth Street
                    Minneapolis, MN 55402
                    Telephone: 612-632-3335
                    Facsimile: 612-632-4335
                    E-mail: daniel.shulman@gpmlaw.com

                    By: /s/ Joseph M. Alioto
                        JOSEPH M. ALIOTO

                    Attorneys for Plaintiffs

| | |
|---|---|
| 1 | O'MELVENY & MYERS LLP |
| 2 | MICHAEL F. TUBACH (SBN 145955) |
| 3 | 275 Battery Street, 26th Floor |


```
 1    O'MELVENY & MYERS LLP
 2    MICHAEL F. TUBACH (SBN 145955)
 3    275 Battery Street, 26th Floor
 4    San Francisco, CA 941111-3305
 5    Telephone: (415) 984-8700
 6    Facsimile: (415) 984-8701
 7    Email: mtubach@omm.com
 8
 9    HENRY THUMANN (SBN 031519)
10    1625 Eye Street, NW
11    Washington, DC 20006
12    Telephone: (202) 383-5300
13    Facsimile: (202) 383-5414
14    Email: hthumann@omm.com


                    By: /s/ Michael F. Tubach
                            MICHAEL F. TUBACH

                    Attorneys for Defendant
                    NORTHWEST AIRLINES CORPORATION


                    BOIES, SCHILLER & FLEXNER LLP
                    JOHN F. COVE, JR. (SBN 212213)
                    1999 Harrison Street, Suite 900
                    Oakland, CA 94612
                    Telephone: (510) 874-1000
                    Facsimile: (510) 874-1460
                    Email: jcove@bsfllp.com

                    DONALD L. FLEXNER (pro hac vice)
                    575 Lexington Avenue, 7th Floor
                    New York, NY 10022
                    Telephone: (212) 446-2300
                    Facsimile: (212) 446-2350
                    Email: dflexner@bsfllp.com


                    By: /s/ John F. Cove, Jr.
                            JOHN F. COVE, JR.

                    Attorneys for Defendant
                    DELTA AIR LINES, INC.
```