BOIES, SCHILLER & FLEXNER LLP
DONALD L. FLEXNER (*pro hac vice*)
PHILIP C. KOROLOGOS (*pro hac vice*)
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email: dflexner@bsfllp.com
       pkorologos@bsfllp.com

| | |
|---|---|
| JAMES P. DENVIR III (*pro hac vice*) | JOHN F. COVE, JR. (SBN 212213) |
| 5301 Wisconsin Ave. NW | 1999 Harrison Street, Suite 900 |
| Washington, DC 20015 | Oakland, CA 94612 |
| Telephone: (202) 237-2727 | Telephone: (510) 874-1000 |
| Facsimile: (202) 237-6131 | Facsimile: (510) 874-1460 |
| Email: jdenvir@bsfllp.com | Email: jcove@bsfllp.com |

Attorneys for Defendant Delta Air Lines Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSEMARY D'AUGUSTA,** *et al.* | Case No. 3:08-cv-03007-VRW |
| Plaintiffs, | |
| | **ATTESTATION OF FILER** |
| v. | |
| **NORTHWEST AIRLINES CORP. and DELTA AIR LINES INC.,** | The Honorable Vaughn R. Walker |
| Defendants. | |

Filer's Attestation

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that the signatories to the Stipulation of Dismissal, Docket No. 90, are Joseph M. Alioto, Michael F. Tubach, and John F. Cove, Jr. and that concurrence in the filing of the Stipulation of Dismissal has been obtained from the above signatories.

Dated: October 29, 2008

By:   /s/ *Kevin J. Barry*  .
KEVIN J. BARRY (SBN 229748)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: kbarry@bsfllp.com

*Attorneys for Defendant Delta Air Lines Inc.*